1  CRIS C. VAUGHAN, SBN 99568
2  VAUGHAN & ASSOCIATES
   6207 South Walnut Street, Suite 800
3  Loomis, CA 95650
   Telephone: 916-660-9401
4  Facsimile: 916-660-9378

5

6  Attorneys for Defendants
   KIM SPINELLA dba GARY'S BAR & GRILL;
7  MARYSVILLE VETERINARY HOSPITAL; PDQ VAN
   AND STORAGE; DON KARL dba DON'S AUTOS;
8  H & S AUTOMOTIVE; DAVID ELLYSON dba DAVID
9  ELLYSON, DC; RALPH'S GLASS; SUPER QUICK
   LIQUOR and MOHAN SETHI; ALL-RITE MARKET 98;
10 HASMUKL PATEL & SMITA PATEL dba BUDGET INN

11

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14

15 | GEORGE S. LOUIE,                              | CASE NO. 11-cv-00107-FCD-EFB

16 |         Plaintiff,                            | **EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT UP TO AND INCLUDING FIFTEEN (15) DAYS FOLLOWING THE COURT'S RULING ON DEFENDANTS' MOTION TO SEVER OR IN THE ALTERNTIVE TO DISMISS MISJOINED DEFENDANTS WITHOUT PREJUDICE AND ORDER**
17 |    v.
18 | KIM SPINELLA dba GARY'S BAR &
   | GRILL And DOES 1-20; MARYSVILLE
19 | VETERINARY HOSPITAL and DOES 1-
20 | 20; PDQ VAN and STORAGE and DOES
   | 1-20; DON KARL dba DON'S AUTOS;
21 | H & S AUTOMOTIVE and DOES 1-20;
   | DAVID ELLYSON, DC dba DAVID
22 | ELLYSON and DOES 1-20; RALPH'S
23 | GLASS and DOES 1-20; SUPER QUICK
   | LIQUOR & MOHAN SETHI and DOES
24 | 1-20; CRANICERIA EL TORERO and
25 | DOES 1-20; ALL-RITE MARKET 98

DATE:            March 16, 2011
TIME:            10:00 a.m.
COURTROOM:       24
MAGISTRATE
JUDGE:           Edmund F. Brennan

And DOES 1-20; and HASMUKL PATEL & SMITA PATE dba BUDGE INN,

        Defendants.

I, CRIS C. VAUGHAN, declare:

1. I am an attorney at law duly admitted to practice before this Court and represent Defendants, KIM SPINELLA dba GARY'S BAR & GRILL; MARYSVILLE VETERINARY HOSPITAL; PDQ VAN AND STORAGE; DON KARL dba DON'S AUTOS; H & S AUTOMOTIVE; DAVID ELLYSON dba DAVID ELLYSON, DC; RALPH'S GLASS; SUPER QUICK LIQUOR and MOHAN SETHI; ALL-RITE MARKET 98; HASMUKL PATEL & SMITA PATEL dba BUDGET INN, in this matter.

2. I have prepared and filed prior to the filing of this Ex Parte Application for an Extension of Time to Respond to the Complaint, a Motion to Sever or Dismiss Misjoined Defendants in this matter.  The hearing date for this Motion is March 16, 2011.

3. Prior to preparing this Ex Parte Application for an Extension of Time to Respond to the Complaint, I spoke with the Pro Per Plaintiff, George Louie, by telephone.  Mr. Louie stated during our call that he would not grant any extensions of time to respond to the Complaint thereby making this Ex Parte Application necessary.

4. The Complaint in this matter names fourteen (14) defendants which include at least twelve (12) different businesses at six (6) different business locations in the Marysville, California area.  The Complaint alleges violation of the Americans with Disabilities Act and California State Law based upon a contention that the parking lot of each property is not accessible.

5. This Ex Parte Application seeks an extension of time up to and including fifteen (15) days following the Court's ruling on the Motion to Sever Defendants for the filing of a response by each defendant represented by this office.

I declare under penalty of perjury in accordance with the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of February, 2011 at Loomis, California.

By:   /s/ Cris C. Vaughan
CRIS C. VAUGHAN

ORDER

The Ex Parte Application by counsel for Defendants for an extension of time up to and including **fourteen (14)** days following the Court's ruling on Defendants' Motion to Sever Misjoined Defendants is granted. Defendants' Answer shall be filed no later than **fourteen (14)** days following the Court's ruling on Defendants Motion to Sever Misjoined Defendants.

IT IS SO ORDERED

Dated: February 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE