IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LOUIE,

       Plaintiff,                                    No. CIV S-11-0107 FCD EFB (TEMP) PS

    vs.

KIM SPINELLA, et al.,

       Defendants.                       <u>ORDER</u>

/

        This case, in which plaintiff is proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). Presently noticed for hearing on March 30, 2011 is plaintiff's motion for court approval, pursuant to California Code of Civil Procedure section 708.440(b), of a settlement plaintiff contends he entered with all of the defendants in this action. *See* Dckt. Nos. 14, 17. However, on March 10, 2011, plaintiff filed a "Notice of Filing Bankruptcy" in several of plaintiff's other actions before this court, indicating that an involuntary Chapter 7 bankruptcy petition was filed against plaintiff on February 28, 2011. *See, e.g., Louie v. Stomer Valley 2000 Revocable Trust*, 2:11-cv-108-MCE-EFB, Dckt. No. 27. In light of those filings, the March 30 hearing will be continued and plaintiff will be ordered to file a brief indicating whether this case should be stayed pursuant to the automatic bankruptcy stay, 11 U.S.C. § 362, and/or whether plaintiff has standing to bring this action in light of the pending

1

1  bankruptcy.  *See Manlangit v. Nat'l City Mortg.*, 2010 WL 2044687, at *1 (E.D. Cal. May 20,
2  2010).

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.  The March 30, 2011 hearing on plaintiff's motion for court approval of his settlement
5  with defendants is continued to April 20, 2011 at 10:00 a.m. in Courtroom No. 24.

6        2.  On or before March 30, 2011, plaintiff shall file a brief indicating whether this case
7  should be stayed pursuant to the automatic bankruptcy stay, 11 U.S.C. § 362, and/or whether
8  plaintiff has standing to bring this action in light of the pending bankruptcy.  Defendants and/or
9  lien holders may also file such a brief, and/or a response to plaintiff's brief, on or before April 6,
10  2011.

11  DATED:  March 16, 2011.

12                      EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE