GEORGE S. LOUIE, in pro per
2810 Peachtree Street
West Sacramento, CA 95691
Telephone: (916) 371-3821
Email: georgeawda@gmail.com

FILED

MAR 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>        Plaintiff,<br><br>Vs.<br>KIM SPINELLA, et al<br><br>        Defendants. | Case No. CIV-S-2-11-00107 FCD-EFB PS<br><br>**ANSWER TO COURT'S ORDER OF MARCH 16, 2011**<br><br>**DATE: April 20, 2011**<br>**TIME: 10:00 a.m.**<br>**COURTROOM: 24**<br>**JUDGE: Hon, Edmund F. Brennan** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 20, **2011** at 10:00**a.m.** in **Courtroom 24** or as soon thereafter as the matter may be heard in the United States District Court of the Eastern District of California, 501 I Street, Sacramento, California, Plaintiff GEORGE S. LOUIE answers whether this case should be stayed pursuant to the automatic bankruptcy stay, 11 U.S.C. Section 362 and/or whether plaintiff has standing to bring this action in light of the pending bankruptcy.

David D. Wong, Esq. (lien holder's attorney) filing of the involuntary bankruptcy petition against plaintiff in Federal Court on February 28, 2011 resulted in an automatic stat of this matter.

1 In light of that filing, plaintiff no longer has standing to prosecute the instant action. See Manlangit v. Nat'l City Mortg., 2010 WL 2044687, at *1 (E.D. Cal. May 20, 2010) (upon declaration of bankruptcy, all of petition's property becomes the property of the bankruptcy estate, including causes of action, and absent abandonment by trustee, bankruptcy petitioner loses standing for any causes of action.

Dated: March 23, 2011

George S. Louie, in pro per

Cc: David Wong, Esq

    Keith D. Cable, Esq..