DANA A. SUNTAG (California State Bar #125127)
The Suntag Law Firm
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905
DSuntag@Suntaglawfirm.com

Attorneys for ALAN S. FUKUSHIMA, Chapter 7 Trustee
*In re George S. Louie*; United States Bankruptcy Court,
Eastern District of California, Case No. 11-25036-C-7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>    Plaintiff,<br><br>v.<br><br>KIM SPINELLA, et al.,<br><br>    Defendants. | No. CIV S-11-0107 FCD EFB (TEMP) PS<br><br>**RESPONSE BY CHAPTER 7 BANKRUPTCY TRUSTEE ALAN S. FUKUSHIMA TO THIS COURT'S APRIL 14, 2011, ORDER** |

Alan S. Fukushima, the Chapter 7 Trustee in *In re George S. Louie*, United States Bankruptcy Court, Eastern District of California, Case No. 2011-25036 (the "Involuntary Bankruptcy Case"), respectfully submits this response to this Court's order dated April 14, 2011.

The Involuntary Bankruptcy Case was filed on February 28, 2011. On March 30, 2011, the Bankruptcy Court issued an order for relief and Mr. Fukushima was appointed as the Chapter 7 Trustee. The Section 341 meeting of creditors is scheduled for May 2, 2011.

On April 1, 2011, Mr. Louie filed a voluntary bankruptcy case, *In re George Sing Louie*, United States Bankruptcy Court, Eastern District of California, Case No. 2011-28344 (the "Voluntary Bankruptcy Case"). Sheri L. Carello was appointed as the Chapter 7 Trustee in the Voluntary Case.

On April 11, 2011, Mr. Louie filed in the Involuntary Bankruptcy Case a "Notice of Voluntary Dismissal of Involuntary Petition," etc. There has been no court ruling on that filing.

On April 14, 2011, the United States Trustee filed a motion to dismiss the Voluntary Bankruptcy Case. That motion is scheduled to be heard on May 31, 2011.

In the meantime, Mr. Fukushima believes that, since the Involuntary Bankruptcy Case was filed first and an order for relief has been entered in that case, the claims that Mr. Louie is asserting in the instant case are property of the bankruptcy estate in the Involuntary Bankruptcy Case and Mr. Fukushima has the sole authority to prosecute those claims. However, it is unknown whether Mr. Louie (who is represented by counsel in the Voluntary Bankruptcy Case) or the Chapter 7 Trustee in the Voluntary Case will dispute that. If so, that issue will need to be resolved, presumably by the Bankruptcy Court.

1  Mr. Louie has not filed schedules of assets in the Involuntary Bankruptcy
2  Case. However, he has filed schedules of assets in the Voluntary Bankruptcy Case. In
3  those schedules, he identifies approximately 36 lawsuits, including the instant case.
4  Mr. Fukushima is proceeding diligently under the assumption that he will
5  retain the right to prosecute all the lawsuits. On April 26, 2011, Mr. Fukushima filed with
6  the Bankruptcy Court an application to employ Dana A. Suntag, The Suntag Law Firm,
7  as his general counsel in the Involuntary Case. The Bankruptcy Court has not yet
8  entered an order on that application. Mr. Fukushima and The Suntag Law Firm are in
9  the process of attempting to locate special litigation counsel to represent the bankruptcy
10 estate in prosecuting the lawsuits, including the instant case. Once special counsel is
11 located, it is anticipated that it will take approximately 60 days to obtain an order
12 authorizing the employment of special counsel, for special counsel to become
13 reasonably familiar with the facts and circumstances of the lawsuits, and for decisions
14 to be made as to the further prosecution of the lawsuits.
15 Mr. Fukushima respectfully requests that the Court allow him a
16 reasonable amount of time, not less than 60 days, for these purposes and that the
17 Court grant such other and further relief as is appropriate.

Dated: April 29, 2011

THE SUNTAG LAW FIRM
A Professional Corporation

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for ALAN S. FUKUSHIMA
Chapter 7 Trustee of *In re George S. Louie*; United States Bankruptcy Court, Eastern District of California, Case No. 11-25036-C-7

RESPONSE BY CHAPTER 7 BANKRUPTCY
TRUSTEE ALAN S. FUKUSHIMA TO THIS                3
COURT'S APRIL 14, 2011, ORDER

# PROOF OF SERVICE

I am over the age of eighteen years and a resident of San Joaquin County, California. I am not a party to this action. My business address is The Kress Building, 20 North Sutter Street, Fourth Floor, Stockton, California 95202.

On April 29, 2011, I served the following document(s):

**RESPONSE BY CHAPTER 7 BANKRUPTCY TRUSTEE ALAN S. FUKUSHIMA TO THIS COURT'S APRIL 14, 2011, ORDER**

by placing copies in sealed envelopes addressed to:

George S. Louie
2810 Peachtree Street
West Sacramento, California 95691

    XX   **(BY MAIL)** placing the envelope(s) for collection and mailing on the date and at the place showing below following our ordinary business practices. I am readily familiar with the business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Executed on April 29, 2011, at Stockton, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                        /s/ Deanna Fillon
                                        DEANNA FILLON