UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,                         NO. 2:11-cv-0107 FCD CKD

      Plaintiff,

                         **ORDER AND ORDER TO SHOW CAUSE**
  v.                               **RE SANCTIONS**

KIM SPINELLA, et al.,

      Defendants.

----oo0oo----

1.   The hearing on Chapter 7 Trustee's Motion to Refer this Case to the United States Bankruptcy Court (Docket No. 36) is continued to September 16, 2011, at 10:00 a.m.  Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than September 2, 2011.  The Trustee may file and serve a reply on or before September 9, 2011.

2.   Plaintiff is ordered to show cause why he should not each be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to the trustee's motion in compliance with Local Rule 230(c).

3.   Plaintiff shall file his response to the order to show cause on or before September 2, 2011.

4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: August 22, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE