UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LOUIE,** | ) ) ) ) | |
| vs. | ) ) | Civ.S-11-107 JAM |
| **SPINELLA, et al** | ) ) ) | **MINUTE ORDER** |

**YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following with respect to the above-entitled action:

Alan S. Fukushima, Chapter 7 Trustee in the bankruptcy case <u>In re Louie</u>, United States Bankruptcy Court, Eastern District of California, Case No. 11-25036-C-7, filed a Motion to Refer this case to the United States Bankruptcy Court (Doc. #36).  Defendants Kim Spinella, dba Gary's Place Bar and Grill, et al. ("Defendants") did not respond to Mr. Fukushima's motion.  The Court finds that because this case is related to the Bankruptcy Case and Mr. Fukushima is the real party in interest as Plaintiff in the instant case, it GRANTS the Trustee's motion to refer this case to the Bankruptcy Court.  IT IS SO ORDERED.

Dated:  11/14/2011

      Victoria C. Minor,  Clerk
      By:

        /s/
      _____
      H. A. Vine
      Courtroom Clerk